**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Hector D. Hernandez §  Case No. 06-31716-H1-4
Luz M. Hernandez §
§
Debtor(s). §

**Application for Payment of Unclaimed Funds**
**and Certificate of Service**

1. I am making application to receive $ 27.00 , which was deposited as unclaimed funds on behalf of West Keegans Bayou I.D.
*(name of original creditor/debtor).*

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following *(check the statement(s) that apply)*:

☑ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 5/26/2011

Applicant's Signature: _[signature]_
Applicant's Name: Carl O. Sandin
Address: 1235 North Loop West STE 600, Houston TX 77008
Phone: (713) 862-1860

Subscribed and sworn before me this 26th day of May 2011.

KEVIN DAVIDSON
MY COMMISSION EXPIRES
January 29, 2013

Notary Public
State of _____
My commission expires _____

Attachments:
1. tax statement
2. _____
3. _____
4. _____

## Certificate of Service

I certify that on 5/26/2011 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____

_[signature]_

**Signature**

# Tax Statement

11111 Katy Freeway # 725
Houston, TX 77079
Telephone: (713) 932-9011

HERNANDEZ HECTOR D.   LUZ M.
16139 DAWN MARIE LANE
SUGAR LAND, TX 77478

Taxpayer ID: 4212

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

| Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|
| WEST KEEGANS BAYOU IMPROVEMENT DISTRICT | | | |
| Legal: LT 3 BLK 5 EAGLEWOOD SEC 8 GEO Code: 2830080050030   Client Property Code: | | | |
| 2006 | $13.72 | $13.28 | $27.00 |

| WEST KEEGANS BAYOU IMPROVEMENT DISTRICT TOTAL --> | $27.00 |
|---|---|

*Total If Paid By 5/31/2011*   $27.00